NYPD Officers. Said acts by the Defendants Officers were beyond the scope of their jurisdiction, without authority of law, and in abuse of their powers, and said defendants acted willfully, knowingly, and with the specific intent to deprive me of my constitutional rights secured by Article 1, Section 12 of the New York Constitution.

5. Defendants, their officers, attorneys, agents, servants and employees were responsible for the deprivation of my state constitutional rights. Defendants, as employer, are, is responsible for their wrongdoing under the <u>doctrine of respondent superior</u>.

6. As a direct and proximate result of the misconduct and abuse of authority detailed above, plaintiff sustained the damages herein-before alleged.

## **AS FOR A FOURTH CAUSE OF ACTION:**

Negligent Infliction of Emotional Distress-John Doe Officers

1. I hereby restate all paragraphs of this complaint, as though fully set forth below.

2. The Defendants engaged in extreme and outrageous conduct, intentionally and recklessly, and unlawfully continue to maliciously prosecute me, as duly noted in court case no. 11 CV 0782, causing me severe emotional distress.

3. As duly noted in court case no. 11 CV 0782, this emotional distress has damaged my personal and professional life because of the severe mental pain and anguish which were inflicted through deliberate and malicious prosecution by the defendants Officers. If I had snapped, resisted or reacted due to mental anguish when officer Diliberto unlawfully assaulted me, I fear he would have used lethal force against me.

4. Defendants, their officers, agents, servants, and employees were responsible for the continuous, and unlawful intentional infliction of emotional distress suffered by me at

10

the hand of the Defendants' employees. Defendants, as employers, are responsible for their wrongdoing under the doctrine of respondent superior.

5. As a direct and proximate result of the misconduct and abuse of authority detailed above, I have sustained the damages herein-before stated.

## AS A FIFTH COURSE OF ACTION:

Negligence against John Doe Officers

1. I repeat and re-allege all paragraphs as if each paragraph is repeated verbatim herein.

2. As a direct and proximate result of the negligent acts of all the defendants, City of New York as set forth herein, as duly noted in court case no. 11 CV 0782, I have suffered and continue to suffer conscious pain and suffering, loss of income, and severe mental anguish.

3. That by reason of said negligence, as duly noted in court case no. 11 CV 0782, I have suffered and still suffer great pain, agony and mental anguish and is informed and verily believes that I will continue to suffer for a long time to come; I have suffered economic loss inasmuch I am continuously deprived of my pursuits and interests unlawfully and verily believe that in the future I will continue to be deprived of such pursuits; and that said injuries are permanent. I fear that if I had snapped, resisted or reacted due to mental anguish when officer Diliberto unlawfully assaulted me, I fear he would have used lethal force against me.

4. This action falls within one or more of the exceptions of the New York State Civil Practice Law and Rules 1602.

WHEREFORE, I respectfully request judgment against the Defendants as follows:

1. Due to the fact that officer Diliberto engaged in extreme and outrageous conduct, intentionally and recklessly, and unlawfully assaulted me causing me severe injuries and emotional distress.

2. Also due to the fact that as a U.S.M.C. veteran I fear that if I had snapped, resisted or reacted due to mental anguish when officer Diliberto unlawfully assaulted me he would have used lethal force against me I request payment of 1 million dollars and because I was operating in my Sovereign capacity when these transgressions occurred I request payment in Gold.

3. For All Causes of Action against all the defendants, compensatory and punitive damages in an amount to be determined at trial.

4. Such and further relief as this Court may deem necessary in the interest of justice.

Dated:

March 22, 2013

Respectfully Submitted,

--------------------------------------------------

Marc Pierre

316 West 97 st. spt 44C

New York, N.Y. 10025

(917) 531-4714

12



**CIVILIAN COMPLAINT REVIEW BOARD**
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

April 3, 2013

Mr. Marc Pierre
316 West 97th Street Apt 44C
New York, NY 10025

RE: OCD 201302348

Dear Mr. Pierre:

The Civilian Complaint Review Board (CCRB) acknowledges the receipt of your complaint.

The CCRB has jurisdiction to investigate complaints filed against officers of the New York City Police Department that allege excessive use of force, abuse of authority, discourtesy, or use of offensive language, including slurs relating to race, ethnicity, religion, gender, sexual orientation and disability. We have determined that your complaint does not fall within the board's jurisdiction, either because the allegations do not fall within our jurisdiction or because the subject of the allegations is a civilian employee of the police department.

The Office of the Chief of Department (OCD) of the New York City Police Department has jurisdiction to investigate complaints that question the validity of summonses and arrests, and the competence with which police officers perform their general duties; it is also authorized to investigate complaints filed against civilian employees of the police department. Therefore, we have referred your complaint to the Office of the Chief of Department for investigation.

An OCD control number has been obtained for you and it appears at the top of this page. An investigator assigned by the Office of the Chief of Department will contact you and will handle all further action regarding your complaint.

If you have any questions, please contact the Office of the Chief of Department, 300 Gold Street 3rd Floor, Brooklyn, New York 11201, telephone number (718)-834-3382. Please refer to your OCD control number when making all inquiries.

Sincerely,

Denise Alvarez
Director of Case Management

*CCRB*
*Apr 03, 2013*

# Complaint Report (CCRB)

| | | | |
|---|---|---|---|
| **CCRB Case No :** | 201302348 | **C/V Report Date :** | Wed, 03/20/2013 |
| **Complaint Type :** | OCD | **Investigator :** | Not Assigned |
| **Complaint Made At :** | IAB | **Ref. No :** | 13-11867 |
| **Received Date (CCRB) :** | Thu, 03/28/2013  04:32 PM | **Mode :** | Phone |
| **Incident Date :** | Wed, 03/20/2013  08:00 PM | **Location :** | Subway station/train |
| **Place of Occurrence :** | Broadway & West 96th Street | **Precinct :** | |
| | | **Boro :** | Manhattan |

**Reason for Initial Contact :** Other

**Charges :** No arrest made or summons issued

## Complainant/Victim Details

**Name :** Marc Pierre
**Address :** 316 West 97th Street, Apt 44C New York NY 10025, USA     **Type :** Comp/Victim

**Contacts :**

**Gender :** Male     **Ethnicity :** Unknown     **Date of Birth :** 04/18/1977
**Person Assisting :**
**Injury Details :**

## Officer(s) Named in Complaint

| Rank | Officer | S/W Officer | Tax No | Race | Cmd | Allegations/Board Dispositions |
|---|---|---|---|---|---|---|
| POM | Anthony Diliberto | Subject Officer | 926771 | White | 026 | |

## Initial Complaint Narrative

03/21/13 THE ORIGINAL LOG #2013-11697 WAS ASSESSED AS "OG". THIS IS A SPIN OFF CCRB FADO-FORCE ALLEGATION 03/20/13 @ 2000 Hrs. Ext. 2238 911 operator #2294 called the c/c and connected Marc Pierre who states that he was in the train station trying to get someone, anyone to swipe him into the system when he was approached and asked to leave by PO Diliberto Shield #15189. Mr. Pierre states that he told the officer he was waiting to get a swipe when he was grabbed by the officer and pushed out of the train station.

## Witness

| CAUTION NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| PIERRE  Marc  Gerard | USMC-11 | 057 66 9974 |

| 4.a GRADE, RATE OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| CPL | E4 | 770418 | Year 03 Month 04 Day 21 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| BROOKLYN NY 11252 | 2940 W 21ST ST APT 2-W BROOKLYN NY 11224 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| I MEF HEADQUARTERS GROUP, CAMPEN, CA, 92055 | I MEF HEADQUARTERS GROUP (20171) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| CG MCRSC 15303 Andrews Road Kansas City MO 64147-1207 | None ☐  Amount: $ 200,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 0151 - ADMINISTRATIVE CLERK (03 YEARS, 06 MONTHS) | a. Date Entered AD This Period | 96 | 02 | 07 |
| | b. Separation Date This Period | 00 | 02 | 06 |
| | c. Net Active Service This Period | 04 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 09 | 15 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 08 | 06 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**

Sea Service Deployment Ribbon x2, Letter of Appreciation, Good Conduct Medal

**14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)**

ADMIN CLERK CRS (09WKS, 96/08)

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | | | | | 0 |

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** ☒ Yes ☐ No

**18. REMARKS**

GOOD CONDUCT MEDAL PERIOD STARTS: 990207

"WHILE A MEMBER OF THE MARINE CORPS RESERVE YOU WILL KEEP THE DIRECTOR, MCRSC (TOLL FREE PHONE 1-800-255-5082) INFORMED OF ANY CHANGES OF ADDRESS, MARITAL STATUS, NUMBER OF DEPENDENTS, CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS."

SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING.

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 2940 WEST 21st ST APT 2-W BROOKLYN NY 11224 | GERARD PIERRE (FATHER) 2940 WEST 21st ST APT 2-W BROOKLYN NY 11224 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | DIR. OF VET AFFAIRS ☒ Yes ☐ No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | S.M. GENERAL CHOO APERSO USMC |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| Released from active duty | Honorable |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN PAR 1005 | MBK1 | RE-1A |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQ ACT SVC (EAS) USMC |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| | M.G.P. Initials |

DD FORM 214 NOV 88  S/N 0102-LF-006-5500  Previous editions are obsolete.