UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC PIERRE,

                Plaintiff,

        v.

THE CITY OF NEW YORK, et al.,

                Defendants.

ORDER

13 Civ. 3436 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated in Magistrate Judge Dolinger's April 4, 2014 Report and Recommendation, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    The Clerk of Court is ordered to close this case.

Dated: New York, New York
         August 20, 2014

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge